JOHN J. HANNAN, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 19951.) JOHN J. HANNAN, Appellant, v. THE STATE OF NEW YORK, Respond-

---

* Affd., 262 N. Y. 603.

ent. (Claim No. 19314.)— Motion granted. The court hereby certifies that in its opinion a question of law is involved herein which ought to be reviewed by the Court of Appeals. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.